UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

CIVIL ACTION NO. 0:26-CV-00031-DLB-EBA

MELISSA WALKER, PLAINTIFF,

V. **ORDER**

LINCOLN LIFE ASSURANCE
COMPANY OF BOSTON, *et al.*, DEFENDANTS.

*** *** *** ***

Upon the Court's own motion,

**IT IS ORDERED** that this matter shall come before the Court for a telephonic conference call to appear **ON THE RECORD**, originating from **FRANKFORT**, on **Monday, February 23, 2026, at 1:00 P.M.** for the purposes of setting a case specific schedule. Counsel for both parties shall access the conference by calling Microsoft Teams Audioconferencing at 606-371-5577 and entering the Phone Conference ID: 701 556 761 (followed by #).

Signed January 30, 2026.

**Signed By:**
***Edward B. Atkins*** EBA
**United States Magistrate Judge**