UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

CIVIL ACTION NO. 0:26-CV-00031-DLB-EBA

MELISSA WALKER, PLAINTIFF,

V.

**ORDER**

LINCOLN LIFE ASSURANCE
COMPANY OF BOSTON, DEFENDANT.

*** *** *** ***

Upon the Court's own motion,

**IT IS ORDERED** that the undersigned's Order, entered January 30, 2026, [R. 6], be **VACATED**.

Signed February 13, 2026.

**Signed By:**
***Edward B. Atkins*** EBA
**United States Magistrate Judge**