UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND
*Electronically Filed*

| | | |
|---|---|---|
| MELISSA WALKER, | ) | |
| PLAINTIFF, | ) | |
| v. | ) | CIVIL ACTION NO. 0:26-CV-00031-DLB-EBA |
| LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, and THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | ) | |
| DEFENDANTS. | ) | |

**REPORT OF PARTIES' RULE 26(f) PLANNING MEETING**

1. Pursuant to Rule 26(f), a meeting was held on March 5, 2026, and was attended by Elizabeth A. Thornsbury on behalf of Plaintiff Melissa Walker ("Plaintiff") and Iwana Rademaekers on behalf of Defendants Lincoln Life Assurance Company of Boston and The Lincoln National Life Insurance Company[1] (collectively "Lincoln" or "Defendants"), and the Parties discussed the nature and basis of their claims and defenses, the possibility for a prompt settlement or resolution of this case, and a proposed discovery plan. After conferring, counsel for the parties have agreed upon the following:

[1] The correct name of the Defendant in this action is The Lincoln National Life Insurance Company. The Lincoln National Life Insurance Company was previously a parent corporation of Lincoln Life Assurance Company of Boston, and Lincoln Life Assurance Company of Boston (f/k/a Liberty Life Assurance Company of Boston) was the issuer of the relevant life insurance policy. However, Lincoln Life Assurance Company of Boston has now merged with The Lincoln National Life Insurance Company. Accordingly, the named defendants in this action are one-in-the-same and "The Lincoln National Life Insurance Company" is the correct Defendant in this action.

2. With respect to Rule 26(f)(3), the parties agree that no initial disclosures are required under Rule 26(a)(1)(B), and that production of the Administrative Record and parameters for limited discovery, if any, should proceed as outlined below.

3. The above-styled action is claims by Plaintiff for recovery of disability benefits and life insurance waiver of premium benefits and to enforce Plaintiff's rights under the terms of the Plan/applicable Policies and to clarify her rights to future benefits under the Plan/applicable Policies. Plaintiff and Defendants agree Plaintiff's claims are governed by the Employee Retirement Income Security Act of 1974, as amended 29 U.S.C. §1001, et seq. ("ERISA"). As such, trial should be unnecessary for the final disposition of this case and, in the event that the parties do not resolve the case through settlement, the parties believe the most cost-effective and prudent manner to resolve the litigation is to submit this action to the Court on a stipulated record and dispositive cross motions for summary judgment. Accordingly, to facilitate the submission of the case to the Court, the parties propose a scheduling order containing the deadlines suggested in Paragraph (d) below in lieu of the deadlines requested in a standard schedule.

(a) Any discovery taken will be limited by the fact that this is an action seeking the recovery of ERISA benefits under 29 U.S.C. §1132(a), and as such the Court's review is generally limited to a review of the information available to the claim decision-maker at the time the final benefit determinations were made. Defendants believe no discovery beyond the Administrative Record is appropriate. Plaintiff believes discovery beyond the Administrative Record may be necessary regarding any potential issues of lack of due process or bias, and conflict of interest discovery. The parties anticipate that discovery can be reasonably completed on or before **June 29, 2026**.

(b) The deadline for the Parties to amend pleadings or join parties shall be **April 29, 2026.**

(c) The parties will engage in good faith settlement discussions and intend to initiate such discussions. If it becomes necessary, the parties will engage in private mediation with a mutually agreeable third-party neutral.

(d) As stated above, trial should be unnecessary for the final disposition of this ERISA benefits case, and in the event that the parties do not resolve the case through settlement, the parties believe the most cost-effective and prudent manner to resolve the litigation is to submit this action to the Court on a stipulated record and briefing schedule. To facilitate the submission of the case to the Court, the parties propose the following deadlines in lieu of the deadlines requested in a standard schedule:

1. **April 14, 2026** - Deadline for Defendant to produce Administrative Record to Plaintiff.
2. **June 29, 2026** - Deadline to Complete Discovery.
3. **July 6, 2026** - Deadline to file Stipulated Administrative Record.
4. **July 29, 2026** - Deadline to file cross motions for summary judgment.
5. **August 19, 2026** - Deadline to file response briefs.
6. **September 2, 2026** - Deadline to file reply briefs, at which time the case will stand submitted.

(e) **Standard of Review:** The parties stipulate that the arbitrary and capricious standard of review shall apply to this action.

(f) The Parties do not desire a scheduling conference before entry of a scheduling order.

(g) The Parties will not consent to the referral of this case to a Magistrate Judge for all further proceedings in this case, including trial, pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73, and L.R. 73.1.

Respectfully submitted this 16th day of March, 2026

.

Respectfully Submitted,

*/s/ Elizabeth A. Thornsbury*
Elizabeth A. Thornsbury
Philip G. Fairbanks
**Mehr Fairbanks Trial Lawyers, PLLC**
201 West Short Street, Suite 800
Lexington, Kentucky 40507
Telephone: (859) 225-3731
Facsimile: (859) 225-3830
Email: elizabeth@austinmehr.com
Email: pgf@austinmehr.com
*Counsel for Plaintiff*

and

*/s/ Iwana Rademaekers* (with permission)
Iwana Rademaekers
**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
Telephone: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

- **Philip G. Fairbanks**
  pgf@austinmehr.com,amlopsc@yahoo.com,assistant@austinmehr.com
- **Iwana Rademaekers**
  iwana@rademaekerslaw.com,sandy@rademaekerslaw.com
- **Elizabeth Ann Thornsbury**
  elizabeth@austinmehr.com,amlopsc@yahoo.com,assistant@austinmehr.com

/s/ *Elizabeth A. Thornsbury*
ELIZABETH A. THORNSBURY