**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT ASHLAND**

**CIVIL ACTION NO. 26-31-DLB-EBA**

**MELISSA WALKER** **PLAINTIFF**

**v.** **SCHEDULING ORDER**

**LINCOLN LIFE ASSURANCE COMPANY OF BOSTON**
**and THE LINCOLN NATIONAL LIFE INSURANCE COMPANY** **DEFENDANTS**

* * * * * * * * * * * * * * * *

The parties having filed their Joint Report of Parties' Planning Meeting (Doc. # 10) in this action, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

1) Counsel for Defendant shall file under seal and provide a copy of the Administrative Record to Plaintiff's counsel **on or before April 14, 2026**;

2) All discovery shall be completed by **June 29, 2026**;

3) The Stipulated Administrative Record shall be filed under seal on or before **July 6, 2026**; and

4) Parties shall file dispositive motions by **July 29, 2026**. Simultaneous responses to the motions shall be filed by **August 19, 2026** and any replies shall be filed by **September 2, 2026**.

This 17th day of March, 2026.

**Signed By:**

***David L. Bunning*** DB

**Chief United States District Judge**

G:\Judge-DLB\DATA\ORDERS\Ashland Civil\2026\26-31 Scheduling Order ERISA.docx