UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND
*Electronically Filed*

| | | |
|---|---|---|
| MELISSA WALKER,<br><br>PLAINTIFF,<br><br>v.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, and THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>DEFENDANTS. | ) | CIVIL ACTION NO. 0:26-CV-00031-DLB-EBA |

**<u>JOINT MOTION TO EXTEND DEADLINES</u>**

Plaintiff Melissa Walker and Defendants Lincoln Life Assurance Company of Boston and The Lincoln National Life Insurance Company jointly move to extend the remaining deadlines in the Court's March 17, 2026 Scheduling Order (ECF No. 11) by an additional forty-five (45) days. In support of this motion, the undersigned counsel state as follows:

1. This action is related to a long-term disability benefit denial and a life insurance waiver of premium benefit denial governed by the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. § 1001 *et seq*.

2. The Court entered its Scheduling Order for this ERISA matter on March 17, 2026. The remaining deadlines set forth in the Court's Scheduling Order focus on discovery, the Administrative Record, and dispositive motions, responses, and replies. (ECF No. 11).

3. Since the Court's Scheduling Order, Defendants have provided the Administrative Record, and the Parties have initiated discovery efforts and settlement discussions.

4. On April 14, 2026, Defendants produced a copy of the proposed Administrative Record to Plaintiff's counsel.

5. On May 5, 2026, Plaintiff served Interrogatories and Requests for Production of Documents on Defendants. On June 4, 2026, Defendants served responses to Plaintiff's discovery requests.

6. On June 10, 2026, Plaintiff, through counsel, contacted Defendants' counsel for a meet and confer attempt regarding disputes related to the discovery and responses. The Parties are continuing to efforts to resolve their discovery dispute before requesting the Court's intervention. Therefore, the Parties believe an extension of the remaining deadlines in the Court's Scheduling Order will help aid the Parties in attempts to reach a resolution without Court intervention.

7. In further support of this motion, the Parties note that they have initiated settlement discussions for this case. The Parties hope to continue these efforts which may eliminate any remaining issues regarding the ongoing discovery dispute. The Parties believe that the additional time for continuing settlement efforts will be in the interest of judicial economy and for good cause pursuant to Fed. R. Civ. Proc. 6 and 16. The Parties will promptly notify the Court if any settlement occurs.

8. The Parties believe extension of the remaining deadlines to be in the interest of judicial economy and efficiency, saving time and resources for all parties and the Court.

9. This Joint Motion is not made for the purpose of undue delay, and no prejudice will result to any party from the granting of this request for an extension.

Accordingly, for good cause shown, the Parties jointly request that the Court extend the remaining deadlines by forty-five (45) days as follows:

(1) All discovery shall be completed by **August 13, 2026**;

(2) The Stipulated Administrative Record shall be filed under seal on or before **August 20, 2026**; and

(3) Parties shall file dispositive motions by **September 14, 2026**. Simultaneous responses to the motions shall be filed by **October 5, 2026** and any replies shall be filed by **October 19, 2026**.

A proposed Order is tendered herewith.

Respectfully Submitted,

*/s/ Elizabeth A. Thornsbury*
Elizabeth A. Thornsbury
Philip G. Fairbanks
**Mehr Fairbanks Trial Lawyers, PLLC**
201 West Short Street, Suite 800
Lexington, Kentucky 40507
Telephone: (859) 225-3731
Facsimile: (859) 225-3830
Email: elizabeth@mehrfairbanks.com
Email: pgf@mehrfairbanks.com
*Counsel for Plaintiff*

and

*/s/ Iwana Rademaekers* (with permission)
Iwana Rademaekers
**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
Telephone: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

- **Philip G. Fairbanks**
  pgf@mehrfairbanks.com,amlopsc@yahoo.com,assistant@mehrfairbanks.com
- **Iwana Rademaekers**
  iwana@rademaekerslaw.com,sandy@rademaekerslaw.com
- **Elizabeth Ann Thornsbury**
  elizabeth@mehrfairbanks.com,amlopsc@yahoo.com,assistant@austinmehr.com

/s/ *Elizabeth A. Thornsbury*
ELIZABETH A. THORNSBURY