UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND
*Electronically Filed*

| | | |
|---|---|---|
| MELISSA WALKER,<br><br>PLAINTIFF,<br><br>v.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, and THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>DEFENDANTS. | ) | CIVIL ACTION NO. 0:26-CV-00031-DLB-EBA |

**ORDER**

The Parties having jointly requested an extension of time, and the Court being sufficiently advised,

**IT IS HEREBY ORDERED** that the joint motion is **SUSTAINED** and all remaining deadlines in the March 17, 2026 Scheduling Order (ECF No. 11) are extended by forty-five (45) days, such that:

(1) All discovery shall be completed by **August 13, 2026**;

(2) The Stipulated Administrative Record shall be filed under seal on or before **August 20, 2026**; and

(3) Parties shall file dispositive motions by **September 14, 2026**. Simultaneous responses to the motions shall be filed by **October 5, 2026** and any replies shall be filed by **October 19, 2026**.