UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

CIVIL ACTION NO. 0:26-CV-00031-DLB-EBA

MELISSA WALKER, PLAINTIFF,

V. **ORDER**

LINCOLN LIFE ASSURANCE
COMPANY OF BOSTON, *et al*., DEFENDANTS.

*** *** *** ***

The parties have jointly advised the Court that they have reached a tentative settlement of this matter and request forty-five days to finalize the settlement terms and settlement. [R. 15]. The parties also request that the Court stay any pending deadlines during such time. [*Id.*]. Therefore,

**IT IS ORDERED** that the parties are **DIRECTED** to submit a proposed agreed order of dismissal, or another status report advising the Court of the status of the settlement, on or before **September 3, 2026**.

**IT IS FURTHER ORDERED** that the deadlines set in this Court's Amended Scheduling Order, [R. 14], are **HELD IN ABEYANCE** pending the further Order of the Court.

Signed July 20, 2026.

**Signed By:**
**Edward B. Atkins** EBA
**United States Magistrate Judge**